UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-102 |
| | ) | |
| JESUS HUERTA | ) | |

**O R D E R**

This criminal matter is before the Court to consider several Reports and Recommendations of the United States Magistrate Judge. The defendant has filed no objections to these reports.

After careful consideration of the Reports and Recommendations of the United States Magistrate Judge, it is hereby **ORDERED** as follows:

1. The Report and Recommendation dated October 28, 2009 is **ADOPTED** and **APPROVED,** [Doc. 629], and the Second Motion to Suppress filed by Richard Wards and adopted by Jesus Huerta is **DENIED.** [Doc. 403].

2. The Report and Recommendation dated October 30, 2009 is **ADOPTED** and **APPROVED,** [Doc. 643], and the Motion to Suppress filed by Jesus Huerta is **DENIED.** [Doc. 467].

3. The Report and Recommendation dated October 30, 2009 is **ADOPTED** and **APPROVED,** [Doc. 644], and the Motion to Suppress Previously Suppressed Evidence filed by Jesus Huerta is **DENIED.** [Doc. 507].

4. The Report and Recommendation dated October 30, 2009 is **ADOPTED** and

**APPROVED,** [Doc. 645], and the Second Motion to Dismiss filed by Jesus Huerta is **DENIED.** [Doc. 508].

      5. The Report and Recommendation dated October 30, 2009 is **ADOPTED** and **APPROVED,** [Doc. 646], and the Motion to Suppress Oral Statements to Law Enforcement Agents at or near the Time of Arrest filed by Jesus Huerta is **DENIED.** [Doc. 458].

      6. The Report and Recommendation dated October 30, 2009 is **ADOPTED** and **APPROVED,** [Doc. 647], and the Motion to Suppress/Exclude Evidence of and from Vehicle Stops filed by Jesus Huerta is **DENIED.** [Doc. 509].

ENTER:

                                      s/J. RONNIE GREER
                                 UNITED STATES DISTRICT JUDGE