UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:08-CR-102(01) |
| | ) | |
| JESUS HUERTA | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 3, 2009. [Doc. 736]. The Magistrate Judge recommends that the defendant's motion to suppress evidence seized during the execution of a search warrant at the defendant's residence located at 3295 Cherokee Road in Johnson City, Tennessee, and evidence seized during the execution of a search warrant at the residence of Crystal Miller located at 1200 Taylor Bridge Road in Jonesboro, Tennessee, be denied. The defendant has filed an objection to this report. [Doc. 763].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress, the response of the government, and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress evidence seized during the execution of the search warrants is **DENIED.** [Doc. 459].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE